UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE ESTATE OF THOMAS LANE : | |
| : | |
| Plaintiff, : | DOCKET NO. 3:17cv1134 - MPS |
| : | |
| v. : | |
| : | |
| CITY OF WEST HAVEN : | |
| CHIEF OF POLICE, John Karajanis : | |
| SERGEANT JOSEPH D'AMATO : | |
| STATE TROOPER JUSTIN C. LUND : | November 16, 2017 |
| : | |
| Defendants. : | |

## NOTICE OF REQUEST FOR ADJUDICATION

The undersigned requests that the Court adjudicate his Motion for Joinder filed on November 28, 2017 (Dckt.#19). The Motion is unopposed and seeks to join a necessary party prior to the two-year statute of limitations as of February 22, 2016. Accordingly, the Court is requested to adjudicate the Motion as soon as practicable to avoid plaintiff filing a separate action to preserve the statute of limitations.

Respectfully Submitted,

/s/ CT21053
_____
Glenn L. Formica
Formica Williams, P.C.
195 Church Street, 11th Floor
New Haven, Connecticut 06510
Telephone: (203) 789-8456
Facsimile: (203) 787-6766
Email: gformica@formicalaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on January 29, 2018, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's CM/ECF system.

                        /s/ CT21053
                        _____
                        Glenn L. Formica