UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE ESTATE OF THOMAS LANE | : | |
| | : | |
| Plaintiff, | : | DOCKET NO.  3:17cv1134 - MPS |
| v. | : | |
| | : | |
| CITY OF WEST HAVEN | : | |
| CHIEF OF POLICE, John Karajanis | : | |
| SERGEANT JOSEPH D'AMATO | : | |
| STATE TROOPER JUSTIN C. LUND | : | February 12, 2018 |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure the Plaintiff voluntarily dismisses this action without prejudice and with notice of intent to re-file the claim in the State of Connecticut Superior Court, likely without Federal claims.

To date, none of the defendants have filed an Answer or other responsive pleading in this action and this is the most expeditious way of resolving potential jurisdictional disputes.

Respectfully Submitted,

/s/ CT21053

_____
Glenn L. Formica
Formica Williams, P.C.
195 Church Street, 11th Floor
New Haven, Connecticut 06510
Telephone: (203) 789-8456
E-mail: gformica@formicalaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2018, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's CM/ECF system.

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
37 Broadway
North Haven, CT  06473
Telephone: 203-234-6333
E-mail: jwilliams@wwolaw.co

Matthew B. Beizer
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
E-Mail: Matthew.Beizer@ct.gov

                              /s/ CT21053
                              _____
                              Glenn L. Formica